**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

IN THE MATTER OF:

| | |
|---|---|
| Wesley Howard Magnan, | Bankruptcy Case No. 15-03757-jwb |
| Sandra Christine Magnan, | Honorable James W. Boyd |
| | Chapter 7 |
| Debtors. | |
| _____/ | |

**MOTION FOR DETERMINATION OF CONSEQUENTIAL VALUE**
**PURSUANT TO 11 U.S.C. § 521(a)**

Kelly M. Hagan, the duly-appointed chapter 7 trustee in this case ("Trustee"), by and through her attorneys, Beadle Smith, PLC, for her Motion for Determination of Consequential Value Pursuant to 11 U.S.C. § 521(a), states as follows:

1. Debtors filed this case under Chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. on June 30, 2015.

2. The first date set for the § 341 meeting of creditors was August 4, 2015 which was concluded on that date.

3. Property of the estate includes the Debtor's interest in a 1986 Zetor Tractor with Allied Loader and a Farm King 72" Rototiller ("the property").

4. The schedules filed in this case indicate that Honor Bank claims a security interest in the property. The security interest may be avoidable by Trustee pursuant to 11 U.S.C. §547 and §544

Trustee respectfully requests this Court:

a. Determine that the property is of consequential value or benefit to the estate, pursuant to 11 U.S.C. § 521(a)(6), and shall remain property of the bankruptcy estate;

b. Order Debtor to deliver the property to Trustee, pursuant to 11 U.S.C. § 521(a)(6), if so directed by Trustee;

c. Order that no adequate protection is required to be paid to Honor Bank because it has an avoidable interest in the property other than a potential unsecured claim;

d. Order that the automatic stay pursuant to 11 U.S.C. § 362(h)(2) shall remain in place as to the property; and,

e. Provide such other relief as is just and equitable.

| | |
|---|---|
| Dated: September 17, 2015 | /s/ Kevin M. Smith |
| | BY: Kevin M. Smith (P48976) |
| | Beadle Smith, PLC |
| | For the Firm |
| | 445 South Livernois, Suite 305 |
| | Rochester Hills, MI 48307 |
| | (248) 650-6094, Ext. 15 |
| | (248) 650-6095 (fax) |
| | ksmith@bbssplc.com |