**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

IN THE MATTER OF:

| | |
|---|---|
| Wesley Howard Magnan, | Bankruptcy Case No. 15-03757-jwb |
| Sandra Christine Magnan, | Honorable James W. Boyd |
| | Chapter 7 |
| Debtors. | |
| _____ / | |

**ORDER GRANTING MOTION FOR DETERMINATION OF CONSEQUENTIAL VALUE PURSUANT TO 11 U.S.C. § 521(a)**

PRESENT:   Honorable James W. Boyd
United States Bankruptcy Judge

Kelly M. Hagan, the Chapter 7 Trustee, having filed a motion for determination of consequential value; notice of said motion having been served upon all parties in interest; no timely response or objection having been filed, and the Court being fully advised in the premises,

**IT IS ORDERED** that the Trustee's Motion for Determination of Consequential Value Pursuant to 11 U.S.C. § 521(a) is granted.

**END OF ORDER**

Prepared by:
Kevin M. Smith (P48976)
Beadle Smith, PLC,
445 S. Livernois, Ste. 305
Rochester Hills, MI 48307
(248) 650-6094
ksmith@bbssplc.com