FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 1

| Case No.: | 15-03757 | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE | Date Filed (f) or Converted (c): | 06/30/2015 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 08/04/2015 |
| | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 8062 Meade, Montague, MI 49437 | $70,000.00 | $0.00 | | $0.00 | FA |
| 2 | 13887 Gear Rd., Bear Lake, MI 49614 | $160,000.00 | $0.00 | | $0.00 | FA |
| 3 | Honor Bank checking, joint, remainder of non exempt equity, p/o 3/21/16, DN52 | $448.00 | $1,916.33 | | $958.16 | FA |
| 4 | Household goods | $1,880.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $250.00 | $0.00 | | $0.00 | FA |
| 6 | Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Retirement, wife | $20,429.46 | $0.00 | | $0.00 | FA |
| 8 | Pension, Benzie County School, wife | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Magnan Enterprises LLC, Fifth Third Bank checking in the name of Magnan Enterprises LLC | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2015 Estimated Tax Refunds | $8,500.00 | $1,982.00 | | $0.00 | FA |
| 11 | 2005 Chevrolet Suburban | $5,926.00 | $0.00 | | $0.00 | FA |
| 12 | 2005 Ford Freestyle | $2,668.00 | $0.00 | | $0.00 | FA |
| 13 | 1999 Ford Explorer; my son's vehicle; he purchased from an employer other than debtors; titled in wife's name, legal title only. | $1,102.00 | $1,102.00 | | $0.00 | FA |
| 14 | Camper | $1,000.00 | $0.00 | | $0.00 | FA |
| 15 | Tractor 1984 Zetor 5211 (along with loader, rototiller, and hay wagon), Settlement p/o 3/21/16, DN52 | $6,000.00 | $4,293.95 | | $4,293.95 | FA |

**Asset Notes:** Lien of $9,150.00 is avoidable in part.

**TOTALS (Excluding unknown value)** | | $278,403.46 | $9,294.28 | | $5,252.11 | **Gross Value of Remaining Asset** $0.00

**Major Activities affecting case closing:**

07/01/2019    Final payment received; review for closing.  KMH

| Case No.: | 15-03757 | | | Trustee Name: | Kelly M. Hagan |
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE | | | Date Filed (f) or Converted (c): | 06/30/2015 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 08/04/2015 |
| | | | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 05/20/2019 | Large payment made; will continue to collect remaining amount. KMH |
| 03/01/2019 | Debtor has been informed of his obligation to pay the debt timely. KMH |
| 12/09/2018 | Debtor has increased his payment amounts. KMH |
| 08/20/2018 | Small payments continue. KMH |
| 05/04/2018 | Debtor continues to make small payments. KMH |
| 02/07/2018 | Payments scheduled to continue for several years. KMH |
| 12/08/2017 | Payments continue. DAH |
| 07/07/2017 | Debtor making regular monthly payments. KMH |
| 05/18/2017 | Payments continue. KMH |
| 01/23/2017 | Debtor making payments. KMH |
| 10/16/2016 | Debtor has begun to make payments. KMH |
| 06/08/2016 | Attempting to resolve issue with debtor, who is unable to make settlement payments and does not have all the equipment referenced in settlement. KMH |
| 01/22/2016 | Motion to compel filed. KMH |
| 12/29/2015 | No monies received; attorney to investigate collection of amounts owed. KMH |
| 10/14/2015 | Motion for approval of settlement with Honor Bank filed. KMH |
| 08/12/2015 | Refer to attorney to avoid lien on tractor. KMH |

| Initial Projected Date Of Final Report (TFR): | 08/31/2017 | Current Projected Date Of Final Report (TFR): | 10/31/2019 | /s/ KELLY M. HAGAN |
|---|---|---|---|---|
| | | | | KELLY M. HAGAN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 15-03757 | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1981 | | Checking Acct #: | ******3763 |
| Co-Debtor Taxpayer ID #: | **-***1982 | | Account Title: | |
| For Period Beginning: | 07/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/10/2016 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $100.00 |
| 12/07/2016 | (3) | Wesley Magnan | Regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $200.00 |
| 12/07/2016 | 1001 | Insurance Partners Agency, Inc. | blanket bond 11/1/16-11/1/17 | 2300-000 | | $0.04 | $199.96 |
| 12/23/2016 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $299.96 |
| 01/16/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $399.96 |
| 02/16/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $499.96 |
| 04/10/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $599.96 |
| 05/18/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $699.96 |
| 07/10/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $40.00 | | $739.96 |
| 08/22/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $20.00 | | $759.96 |
| 08/25/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $759.96 | $0.00 |
| | | | | **SUBTOTALS** | $760.00 | $760.00 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 15-03757 | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1981 | Checking Acct #: | ******3763 |
| Co-Debtor Taxpayer ID #: | **-***1982 | Account Title: | |
| For Period Beginning: | 07/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | $760.00 | $760.00 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** | $0.00 | $759.96 | |
|  |  |  | **Subtotal** | $760.00 | $0.04 | |
|  |  |  | **Less: Payments to debtors** | $0.00 | $0.00 | |
|  |  |  | **Net** | $760.00 | $0.04 | |

| For the period of 07/01/2018 to 06/30/2019 | | For the entire history of the account between 10/06/2016 to 6/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $760.00 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $760.00 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.04 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 | Total Comp/Non Comp Disbursements | $0.04 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $759.96 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 15-03757 | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1981 | | Checking Acct #: | ******0027 |
| Co-Debtor Taxpayer ID #: | **-***1982 | | Account Title: | Checking |
| For Period Beginning: | 07/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $759.96 | | $759.96 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.28 | $759.68 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.19 | $758.49 |
| 10/05/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $808.49 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.28 | $807.21 |
| 11/06/2017 | (3) | Wesley Magnan | Regular Settlement Payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $857.21 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.32 | $855.89 |
| 12/05/2017 | (3) | Wesley Magnan | Regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $905.89 |
| 12/08/2017 | (3) | Wesley Magnan | Regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | ($50.00) | | $855.89 |
| 01/08/2018 | (3) | Wesley Magnan | Reversing the 12/8/17 deposit reversal, which was made in error; deposit did clear the bank; settlement p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $905.89 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.45 | $904.44 |
| 01/08/2018 | 5001 | Insurance Partners Agency, Inc. | Bond Payment | 2300-000 | | $0.33 | $904.11 |
| 01/22/2018 | | Wesley Magnan | Regular settlement payment, p/o 3/21/16, DN52 | * | $50.00 | | $954.11 |
| | {15} | | settlement payment p/o 3/21/16 DN52     $1.84 | 1129-000 | | | $954.11 |
| | {3} | | Regular settlement payment, p/o 3/21/16, DN52     $48.16 | 1129-000 | | | $954.11 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.48 | $952.63 |
| 02/27/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $1,002.63 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.39 | $1,001.24 |
| 03/19/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $1,051.24 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.64 | $1,049.60 |
| 04/16/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $1,099.60 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.68 | $1,097.92 |
| | | | SUBTOTALS | | $1,109.96 | $13.72 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-03757 | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1981 | | Checking Acct #: | ******0027 |
| Co-Debtor Taxpayer ID #: | **-***1982 | | Account Title: | Checking |
| For Period Beginning: | 07/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.77 | $1,096.15 |
| 06/01/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $1,146.15 |
| 06/18/2018 | (15) | Sandra Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $1,196.15 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.81 | $1,194.34 |
| 07/26/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $75.00 | | $1,269.34 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.94 | $1,267.40 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2.05 | $1,265.35 |
| 09/13/2018 | (15) | Wesley Magan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $75.00 | | $1,340.35 |
| 10/29/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $1,440.35 |
| 11/26/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $1,540.35 |
| 12/20/2018 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $50.00 | | $1,590.35 |
| 12/27/2018 | 5002 | Insurance Partners Agency, Inc. | blanket bond renewal 11/1/18-11/1/19 | 2300-000 | | $0.58 | $1,589.77 |
| 01/22/2019 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $100.00 | | $1,689.77 |
| 02/26/2019 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $142.11 | | $1,831.88 |
| 03/25/2019 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $200.00 | | $2,031.88 |
| 05/09/2019 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $2,400.00 | | $4,431.88 |
| 06/24/2019 | (15) | Wesley Magnan | regular settlement payment, p/o 3/21/16, DN52 | 1129-000 | $800.00 | | $5,231.88 |

| | | | | SUBTOTALS | $4,142.11 | $8.15 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 15-03757 | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1981 | | Checking Acct #: | ******0027 |
| Co-Debtor Taxpayer ID #: | **-***1982 | | Account Title: | Checking |
| For Period Beginning: | 07/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $5,252.07 | $20.19 | $5,231.88 |
| | | | **Less: Bank transfers/CDs** | | $759.96 | $0.00 | |
| | | | **Subtotal** | | $4,492.11 | $20.19 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,492.11 | $20.19 | |

**For the period of 07/01/2018 to 06/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,042.11 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $4,042.11 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $4.57 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $4.57 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 08/25/2017 to 6/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,492.11 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $4,492.11 |
| Total Internal/Transfer Receipts | $759.96 |
| | |
| Total Compensable Disbursements: | $20.19 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $20.19 |
| Total Internal/Transfer Disbursements | $0.00 |

FORM 2

Page No: 6

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-03757 |
| Case Name: | MAGNAN, WESLEY HOWARD AND MAGNAN, SANDRA CHRISTINE |
| Primary Taxpayer ID #: | **-***1981 |
| Co-Debtor Taxpayer ID #: | **-***1982 |
| For Period Beginning: | 07/01/2018 |
| For Period Ending: | 06/30/2019 |

| | |
|---|---|
| Trustee Name: | Kelly M. Hagan |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0027 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,252.11 | $20.23 | $5,231.88 |

| For the period of 07/01/2018 to 06/30/2019 | | For the entire history of the account between 08/25/2017 to 6/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,042.11 | Total Compensable Receipts: | $5,252.11 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $4,042.11 | Total Comp/Non Comp Receipts | $5,252.11 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $759.96 |
| | | | |
| Total Compensable Disbursements: | $4.57 | Total Compensable Disbursements: | $20.23 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $4.57 | Total Comp/Non Comp Disbursements | $20.23 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $759.96 |

/s/ KELLY M. HAGAN

KELLY M. HAGAN